■ MICHAEL A. BARASCH, Appellant, v JOSEPH P. ALTIER, Respondent. [627 NYS2d 918] —Unpublished order of this Court entered on May 16, 1995, affirming an order of the Supreme Court, New York County (Karla Moskowitz, J.), entered December 20, 1994, is hereby withdrawn and vacated, without costs and disbursements, in light of our prior order (214 AD2d 1053), entered April 4, 1995, which dismissed said appeal. No opinion. Concur—Rosenberger, J. P., Wallach, Rubin, Kupferman and Asch, JJ.